UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COLLEEN A. BRADSHAW,<br><br>                      Plaintiff,<br>v.<br>DONALD J. TRUMP, *et al.*,<br><br>                      Defendants. | Case No. 3:17-cv-00413-MMD-VPC<br><br>ORDER |

Plaintiff filed the Complaint on July 10, 2017. (ECF No. 1.) On October 18, 2017, the Clerk issued a notice of intent to dismiss under Fed. R. Civ. P. 4(m) unless proof of service is filed by November 17, 2017. (ECF No. 5.) To date, no proof of service has been filed. On November 14, 2017, Plaintiff filed a motion for extension of time to effectuate service, claiming that she is "frequently the victim of crime by the Russian Organized Crime Syndicate" and "they prevented delivery of [] needed office supplies from Office Deport on 11/10/2017" for her to effect service. (ECF No. 6.) Even accepting these incredible contentions, Plaintiff does not explain why she failed to effectuate service for months before November 2017. The Court finds that Plaintiff fails to state a valid reason to support her request for an extension of time of an indefinite duration to effectuate service.

It is therefore ordered that Plaintiff's motion for extension of time (ECF No. 6) is denied.

It is further ordered that this action is dismissed without prejudice for failure to effectuate service of process.

The Clerk is directed to close this case.

DATED THIS 19th day of January 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE